IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NAHID KHATIB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-2136 |
| | § | |
| ROSS STORES, INC. AND | § | |
| JEFF JENKINS | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Ross Stores, Inc. and Jeff Jenkins file this Certificate of Interested Persons and provide the following information:

*A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:*

Nahid Khatib

Brent M. Cordell, Esq.
Antone L. Peterson, Esq.
SMITH & HASSLER

Jeff Jenkins

Ross Stores, Inc.

Great American Insurance Group

Respectfully submitted,

By: /s/ William O Ashcraft
William O Ashcraft, Esq.
Attorney-in-charge
State Bar No. 01372800
Southern District of Texas Bar No. 11654

ASHCRAFT LAW FIRM
3850 Republic Center
325 North St. Paul Street
Dallas, Texas 75201
Telephone: (214) 987-0660
Facsimile: (214) 987-3847
Email: woa@ashcraftlawfirm.com

ATTORNEYS FOR DEFENDANTS
ROSS STORES, INC. AND JEFF JENKINS

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendants' Certificate of Interested Persons was served via the electronic case filing system upon counsel of record for Plaintiff on the 21st day of July 2021, as follows:

Brent M. Cordell, Esq.
Antone L. Peterson, Esq.
SMITH & HASSLER
1225 North Loop West, Suite 525
Houston, Texas 77008
Email/E-Service: cordell@smithandhassler.com

/s/ William O Ashcraft
William O Ashcraft